

**Velva L. Price**
**Travis County District Clerk**
**Travis County Courthouse Complex**
**P.O. Box 679003**
**Austin, Texas 78767-9003**

November 15, 2016

Mr. Jeffrey D. Kyle
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

*RE: 03-16-00698-CV;     D-1-GN-14-004568*

Dear Mr. Kyle,

A clerk's record in cause number, D-1-GN-14-004568 and Court of Appeals number 03-16-00698-CV, styled, *ENNIS POER COMPANY, LLC VS. TEXAS COMMISSION ON ENVIRONMENTAL QUALITY, ET AL*, was due in your office November 14, 2016. This office has not received payment or an affidavit of inability to pay for the clerk's record as of today, November 15, 2016

Sincerely,

*Victoria Chambers*

**Travis County Deputy District Clerk**
**Civil Division**
**Court Clerk assigned to Honorable Orlinda Naranjo**
**P.O. Box 679003**
**Austin, Texas 78767**
**512-854-8956**

**Administrative Offices**
**(512) 854-9457**
**fax: 854-4744**

**Civil and Family Division**
**(512) 854-9457**
**fax: 854-9549**

**Criminal Division**
**(512) 854-9420**
**fax: 854-4566**

**Jury Office**
**(512) 854-9669**
**fax: 854-4457**